EMMA GRIBBIE ET AL., DEFENDANTS IN ERROR, v GEORGE W. TOMS, PLAINTIFF IN ERROR.

Argued June 29, 1904—Decided January 20, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Ernest F. Kerr.*

For the defendant in error, *Alfred F. Stevens.*

PER CURIAM.

The judgment in this case must be affirmed, on the grounds stated in the opinion of Mr. Justice Pitney in the Supreme Court, reported in 41 *Vroom* 522.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 9.

*For reversal*—None.